**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NUNE SARGSYAN,<br><br>    Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>    Respondent. | No. 14-70816<br><br>Agency No. A099-707-441<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted March 8, 2018
Pasadena, California

Before: GRABER, W. FLETCHER, and OWENS, Circuit Judges.

Petitioner Nune Sargsyan, a native and citizen of Armenia, seeks review of

the Board of Immigration Appeals' ("BIA") denial of asylum, withholding of

removal, and protection under the Convention Against Torture ("CAT"). We deny

the petition.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

1. Substantial evidence supports the conclusion that Petitioner did not testify credibly. Li v. Holder, 559 F.3d 1096, 1102 (9th Cir. 2009). Petitioner's testimony before the IJ was inconsistent on several points, including the duration of her husband's extortion payments, the severity of her tooth injuries, what year the hair salon burned down, and when her husband's leg was broken. In denying Petitioner's claims, the BIA relied on those inconsistencies, none of which is "merely trivial." Shrestha v. Holder, 590 F.3d 1034, 1046 (9th Cir. 2010).

2. The BIA did not err in rejecting Petitioner's due process claims, including those relating to the incomplete hearing transcript and interruptions during her testimony. Petitioner has failed to demonstrate that she suffered prejudice due to any procedural error and, therefore, her due process claims fail. Morales-Izquierdo v. Gonzales, 486 F.3d 484, 495 (9th Cir. 2007) (en banc).

3. Because Petitioner failed to address her CAT claim in her brief, she has waived it. Martinez-Serrano v. INS, 94 F.3d 1256, 1260 (9th Cir. 1996).

Petition **DENIED.**